UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Securities and Exchange Commission
        Plaintiff(s)

v.        CIVIL ACTION NO. 1:16-cv-12510-FDS

Richard G Cody et al
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

Saylor U.S.D.J

**IT IS ORDERED AND ADJUDGED:** Pursuant to the Memorandum and Order of this court on 12/5/2019, Summary Judgment is GRANTED for the Plaintiff. Defendants Richard G. Cody and Boston Investment Partners, LLC, are hereby ENJOINED from committing any act or practice in violation of § 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b); Rule 10b-5, 17 C.F.R. § 340.10b-5; and §§ 206(1)-(2) of the Investment Advisers Act of 1940, 15 U.S.C. §§ 80b-6(1)-(2), and from aiding, abetting, counseling, commanding, inducing, or procuring any such act or practice. Defendant Richard G. Cody is hereby ORDERED to disgorge the amount of $14,171, plus prejudgment interest in the amount of $3,490, to the United States Securities and Exchange Commission.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 12/5/2019

By /s/ Taylor Halley
Deputy Clerk